UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE WALLIS,<br><br>Plaintiff,<br><br>v.<br><br>ITRON, INC., LONG-TER<br>DISABILITY PLAN,<br><br>Defendant. | NO: CV-10-071-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court if the parties Stipulation for Dismissal of Entire Action with Prejudice (Ct. Rec. 21. Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties Stipulation for Dismissal with Prejudice (**Ct. Rec. 21**) is **recognized**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 14th day of December, 2010.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2